# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BENJAMIN JENKINS,<br><br>            Petitioner,<br><br>  vs.<br><br>DANIEL PARAMO, Warden,<br><br>            Respondent. | Case No. CV 15-0356-DMG (PLA)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 10, 2016

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE