JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BENJAMIN JENKINS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | Case No.  CV 15-0356-DMG (PLA)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  March 10, 2016

　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE